**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| FLOYD WILSON, | : |
| Plaintiff, | : |
| v. | : 7:07-CV-182 (WLS) |
| Jail Administrator VIRGINIA WILLIAMS, *et al.*, | : |
| Defendants. | : |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge, filed October 28, 2008. (Doc. 33). It is recommended that Plaintiff's Complaint be dismissed under Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to diligently prosecute his case. *Id.* No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 33) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Complaint (Doc. 2) is **DISMISSED**.

**SO ORDERED**, this   12th   day of December, 2008.

  /s/W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT JUDGE**

1